IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : CRIMINAL NO. 09-188 |
|---|---|
| v. | |
| KEITH CANYON | |

FILED:
JAN 1 8 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 18th day of January, 2011, upon consideration of the Government's Motion to Dismiss Count Two of the Second Superseding Indictment, it is hereby

ORDERED

that Count Two Only of Second Superseding Indictment No. 09-188 is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*